UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00342-MOC-DSC

| | | |
|---|---|---|
| **PANASYSTEM HANDELS GMBH**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CLN WORLDWIDE LLC**, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Relief from Judgement (#25) and Motion to Dismiss for Failure to State a Claim (#27). It appearing that both Motions will be fully briefed and ripe for review by the time they are heard before the Court, these matters will be calendared for oral argument.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court calendar defendant's Motion for Partial Summary (#25) and Motion to Dismiss for Failure to State a Claim (#27) for oral argument on Wednesday, October 17, 2018 at 4:00 p.m. during the Charlotte civil term.

Signed: October 10, 2018

Max O. Cogburn Jr
United States District Judge