UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18cv342-MOC-DSC

| PANASYSTEM HANDELS GMBH, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CLN WORLDWIDE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON JOINT MOTION TO DISMISS

THIS MATTER is before the Court on the joint motion of the parties to dismiss the Complaint with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and in accordance with the terms of a settlement agreement that resolves all claims asserted in this action. (Doc. No. 56). Having considered the motion, the Court hereby GRANTS the Joint Motion to Dismiss of the parties.

ACCORDINGLY, IT IS THEREFORE ORDERED:

1. The parties Joint Motion to Dismiss with Prejudice (Doc. No. 56) is GRANTED;

2. This action is DISMISSED with prejudice as to all parties and all claims, with each of the parties to bear its own costs and attorney fees.

3. The Clerk is directed to close this case.

Signed: June 7, 2019



Max O. Cogburn Jr
United States District Judge